

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/27/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-35577-H2-7 |
| | § | |
| PAMELA ANN BOULDIN, | § | |
|    Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK, N.A. ITS | § | |
| ASSIGNS AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE:  08/30/2010 |
| | § | |
| v. | § | TIME:  09:30 AM |
| | § | |
| PAMELA ANN BOULDIN; and | § | |
| DAVID J. ASKANASE, Trustee | § | |
|    Respondents | § | JUDGE WESLEY W. STEEN |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AFTER HEARING**
**(This Order Resolves Docket #18 )**

      U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant") filed a motion for relief from the automatic stay against

  11227 OVERLAND TRAIL DRIVE
  RICHMOND, TX  77469

LOT FOURTEEN (14), IN BLOCK SIX (6), OF CANYON VILLAGE AT WESTHEIMER LAKES, SECTION ONE (1), AN ADDITION IN FORT BEND COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN PLAT NO. 20040191 OF THE MAP/PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

(the "Property").  Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

| | |
|---|---|
| _____ | Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted. |
| \_\_\_\_X_____ | The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief. |
| _____ | The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and |

no other party opposed the requested relief.

_____     After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____     No timely response was filed. Accordingly, the motion is granted by default.

_____     As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____     Movant is awarded attorneys fees in the amount of $_____.

_____     The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

August 27, 2010                              *Wesley W. Steen*